JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANDRES GONZALEZ, | ) | No. CV 08-03049-PSG (VBK) |
| | ) | |
| Petitioner, | ) | [~~PROPOSED~~] JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| M. S. EVANS, | ) | |
| | ) | |
| Respondent. | ) | |
| ———————————————— | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 5/6/10 _____        **PHILIP S. GUTIERREZ**
                                     PHILIP S. GUTIERREZ
                                     UNITED STATES DISTRICT JUDGE